(SPACE BELOW FOR FILING STAMP ONLY)

1  **MARK W. COLEMAN, #117306**
   **NUTTALL & COLEMAN**
2  2445 Capitol Street, Suite 150
   FRESNO, CA 93721
3  PHONE (559) 233-2900
   FAX (559) 485-3852
4

5  ATTORNEYS FOR   Defendant

6

7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10                    * * * * * * * *

11 UNITED STATES OF AMERICA,            Case No.: 11-CR-00413

12        Plaintiff,
                                        **STIPULATION TO CONTINUE**
13        vs.                           **STATUS CONFERENCE**
                                        **AND**
14 JUAN LUIS VALTIRRA, ET AL.,          **ORDER**

15        Defendants.

16

17        IT IS HEREBY STIPULATED by and between the attorneys for the respective parties herein

18 that the Status Conference set for August 27, 2012 at 1:00 pm be continued to September 17, 2012

19 at 10:00 am, before the Honorable Anthony W. Ishii, for a Change of Plea Hearing.  The continuance

20 is requested as to Defendant Juan Luis Valtirra only.

21        The parties further request the Court to enter an Order finding that the "ends of justice"

22 served by a continuance outweigh the interest of the public and the defendant in a speedy trial, and

23 that the delay occasioned by such continuance is excluded from the Act's time limits pursuant to 18

24 U.S.C. § 3161(h)(7)(A).

25 DATED: August 23, 2012.          NUTTALL & COLEMAN

26                                  /s/ Mark W. Coleman

27                                  _____
                                    MARK W. COLEMAN,
28                                  Attorney for Defendant,
                                    Juan Valtirra

DATED: August 23, 2012.

/s/ Kimberly Sanchez

KIMBERLY SANCHEZ,
Assistant United States Attorney

**O R D E R**

For the reasons set forth above, the continuance requested by the parties is granted for good cause and time is excluded under the Speedy Trial Act from August 27, 2012 to, and including, September 17, 2012, at 10:00 a.m., based upon the Court's finding that the ends of justice outweigh the public's and the defendant's interest in a speedy trial. 19 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

**Dated:** **August 24, 2012**         /s/ **Dennis L. Beck**
                                        UNITED STATES MAGISTRATE JUDGE