**MARK W. COLEMAN, #117306**
**NUTTALL & COLEMAN**
2445 Capitol Street, Suite 150
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

ATTORNEYS FOR   Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JUAN LUIS VALTIRRA, ET AL.,<br><br>Defendants. | Case No.: 11-CR-00413<br><br>**STIPULATION TO CONTINUE SENTENCING**<br>**AND**<br>**ORDER** |

**IT IS HEREBY STIPULATED** by and between the attorneys for the respective parties herein that the Sentencing hearing currently on calendar for November 26, 2012, at 10:00 a.m., be continued to December17, 2012, at 10:00 a.m., or as soon thereafter as is convenient to the court's calendar.

**IT IS FURTHER STIPULATED** that the deadlines for filing informal and formal objections to the Pre-Sentence Investigation Report be scheduled as follows:

Informal Objections to be served on or before November 26, 2012

Formal Objections to be filed on or before December 10, 2012

This continuance is requested by counsel for Defendant, JUAN LUIS VALTIRRA, due to the fact that counsel needs additional time to file informal objections to the Probation Report. Counsel needs to meet with Defendant, who is housed in Lerdo, prior to filing their informal objections.

Counsel for Defendant has spoken with Assistant U. S. Attorney, KIMBERLY SANCHEZ, who has no objection to this continuance.

DATED: November 6, 2012.                NUTTALL & COLEMAN

/s/ Mark W. Coleman

_____
MARK W. COLEMAN,
Attorney for Defendant,
Juan Valtirra

DATED: November 6, 2012.

/s/ Kimberly Sanchez

_____
KIMBERLY SANCHEZ,
Assistant United States Attorney

**O R D E R**

IT IS SO ORDERED.

Dated:   November 6, 2012

UNITED STATES DISTRICT JUDGE