HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorneys for Defendant
JUAN LUIS VALTIRRA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUAN LUIS VALTIRRA,<br><br>Defendant. | No.  1:11-cr-00413-AWI-BAM-1<br><br>**STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge:  Honorable ANTHONY W. ISHII |

Defendant, JUAN LUIS VALTIRRA by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Kathleen A. Servatius, hereby stipulate as follows:

1.      Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2.      On December 17, 2012, this Court sentenced Mr. Valtirra to a term of 61 months imprisonment;

3.      His total offense level was 29, his criminal history category was I, the resulting guideline range was 87 to 108 months, and he received a reduction from the low end of the applicable guideline range on the government's motion;

4.      The sentencing range applicable to Mr. Valtirra was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5.      Mr. Valtirra's total offense level has been reduced from 29 to 27, and his amended guideline range is 70 to 87 months; a reduction comparable to the one received at the initial sentencing would produce a term of 49 months;

6.      Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Valtirra's term of imprisonment to 49 months.

Respectfully submitted,

Dated:  May 5, 2015                          Dated:  May 5, 2015

BENJAMIN B. WAGNER                 HEATHER E. WILLIAMS
United States Attorney                      Federal Defender


 /s/  Kathleen A. Servatius              /s/ David M. Porter
KATHLEEN A. SERVATIUS           DAVID M. PORTER
Assistant U.S. Attorney                    Assistant Federal Defender

Attorney for Plaintiff                       Attorney for Defendant
UNITED STATES OF AMERICA      JUAN LUIS VALTIRRA


**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Valtirra is entitled to the benefit Amendment 782, which reduces the total offense level from 29 to 27, resulting in an amended guideline range of 70 to 87 months.  A reduction comparable to the one received at the initial sentencing would produce a term of 49 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in December 2012 is reduced to a term of 49 months.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect.  The clerk shall forthwith prepare an amended judgment reflecting the above

reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Valtirra shall report to the United States Probation Office within seventy-two hours after his release.

IT IS SO ORDERED.

Dated:   May 5, 2015

_____
SENIOR  DISTRICT  JUDGE